UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WADE PETERSON,

    Plaintiff,

v.                                             Case No. 3:21cv951-MCR-HTC

CAPITAL LINK MANAGEMENT LLC,

    Defendant.

_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 6, 2023 (ECF No. 37). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion for default judgment, ECF Doc. 30, and motion for attorneys' fees, ECF Doc. 36, are GRANTED.

3. The clerk is directed to enter a final judgment in favor of Plaintiff, Wade Peterson, in the amount of $1,000 in statutory damages and $10,320 in fees and costs.

4. The clerk shall close this file.

**DONE AND ORDERED** this 21st day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**